NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SEAN JENKINS,                          )
                                       )
                Appellant,             )
                                       )
v.                                     )        Case No. 2D17-2854
                                       )
STATE OF FLORIDA,                      )
                                       )
                Appellee.              )
                                       )
_____)

Opinion filed February 9, 2018.

Appeal from the Circuit Court for
Charlotte County; Donald H. Mason,
Judge.

Sean Jenkins, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


                Affirmed.


CRENSHAW, MORRIS, and BLACK, JJ., Concur.